UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, *et al.*,<br>　　　　　　　　　　Petitioners,<br><br>　　　　-v-<br><br>HI-TEK BUILDING RENOVATION INC.,<br>　　　　　　　　　　Respondent. | 21-CV-7866 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

　　Petitioners filed a petition to confirm an arbitration award (the "Petition"). (Dkt. No. 1.)

Respondent was served on September 23, 2021, but has not appeared in this case. (Dkt. No. 8.)

　　IT IS ORDERED AND ADJUDGED that the Petition is granted, the underlying arbitration award is confirmed, and the Clerk of Court is hereby directed to enter judgment in favor of the Petitioners and against Respondent as follows:

(1) Awarding Petitioners $845,214.90, plus interest to accrue at the annual rate of 5.25% from the date of the February 6, 2021 arbitration award (the "Award") through the date of judgment;

(2) Awarding Petitioners $77 in costs arising out of the proceeding;

(3) Awarding Petitioners $820 in attorneys' fees arising out of the proceeding; and

(4) Awarding Petitioners post-judgment interest at the statutory rate.

Petitioners are directed to serve a copy of this order by mail on Respondent.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: November 18, 2021
New York, New York

_____
J. PAUL OETKEN
United States District Judge