**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY
FUND, et al.,

                           Petitioners,

          -against-

HI-TEK BUILDING RENOVATION INC.,

                           Respondent.
-----------------------------------------------------------------X

21 **CIVIL** 7866 (JPO)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2021

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 18, 2021, the petition is granted, the underlying arbitration award is confirmed, and judgment is entered in favor of the Petitioners and against Respondent as follows: Petitioners are awarded $845,214.90, plus interest accrued at the annual rate of 5.25% from the date of the February 6, 2021 arbitration award through the date of judgment, in the amount of $34,648.02; Petitioners are awarded $77 in costs arising out of the proceeding; Petitioners are awarded $820 in attorneys' fees arising out of the proceeding; and Petitioners are awarded post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated**: New York, New York
        November 18, 2021

                                               **RUBY J. KRAJICK**
                                                   **Clerk of Court**
                          **BY:**
                                                    **Deputy Clerk**